UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT

BROOK & WHITTLE  LTD.,
     Plaintiff,

v.

ARGO TEA, INC.; and CASTLE CO-
PACKERS, LLC
     Defendants.

CIVIL ACTION
No.

August 4, 2016

## COMPLAINT

**FIRST COUNT: (BREACH OF CONTRACT AGAINST DEFENDNT ARGO TEA, INC.)**

1. Brook & Whittle Ltd. is a Delaware corporation with a principal place of business in Guilford, Connecticut, engaged in the business of manufacturing and selling labeling materials to companies that bottle and sell beverages.

2. Defendant Argo Tea, Inc., ("Argo Tea") is a Delaware corporation having a principal place of business at 16 West Randolph Street, Chicago IL 60601, and is not registered to do business in the State of Connecticut.

3. Defendant Castle Co-Packers LLC ("Castle") is a Pennsylvania limited liability company having a principal place of business at Building 204b Schreiber Industrial Park, New Kensington, Pennsylvania, and is not registered to do business in the State of Connecticut.

4. This Court has jurisdiction of this action pursuant to 28 U.S.C.A. §1332.   The amount in controversy with respect to each defendant exceeds Seventy Five Thousand ($75,000.00) Dollars.

5. Venue is proper in this district pursuant to 28 U.S.C.A. §1391(b) in that a substantial part of the events giving rise to the claims set forth herein occurred at Brook & Whittle's manufacturing facilities in this district.

6. Defendant Argo Tea is engaged in the manufacturing, marketing and selling of bottled beverages, including tea beverages, in interstate commerce to consumers through the United States.

7. Argo Tea causes its products to be bottled, labeled and packaged for sale at two bottling plants, one in Gridley,  California and the other owned by co-defendant Castle Co-Packers in Latrobe, Pennsylvania.

8. Argo Tea contracted with Brooke & Whittle for manufacture and delivery of labeling materials for Argo's products bottled at its California bottling facility.

9. Brook & Whittle duly performed under the contract.

10. Defendant Argo Tea has failed and refused to pay the balance for the labeling materials manufactured for it by Brook & Whittle, and owes the plaintiff the sum of Ninety One Thousand, Fifty One Dollars and Ninety Seven Cents ($91,051.97).

**SECOND COUNT: (BREACH OF CONTRACT AGAINST DEFENDANT CASTLE CO-PACKERS LLC)**

11.- 17.    The allegations of paragraphs 1 through 7 of the First Count are incorporated by reference as if fully realleged.

18. Castle Co-Packers LLC performs bottling and labeling services for Argo Tea, at Castle's bottling and packing plant in Latrobe, Pennsylvania.

19. For a long time Castle Co-Packers has purchased labeling materials from Brook & Whittle for the Argo Tea products that it bottles.

2

20. Between approximately May 21, 2015 and September 2, 2015, Castle purchased labeling materials from Brook & Whittle through a series of purchase orders having a total price of Seventy Seven Thousand Six Hundred Twelve Dollars and Forty Nine Cents ($77,612.49).

21. Brook & Whittle duly manufactured, sold and delivered the labeling materials to Castle.

22. Castle failed and refused to pay for the labeling materials, and now owes Brook & Whittle a balance of Seventy Seven Thousand Six Hundred Twelve Dollars and Forty Nine Centers ($77,612.49).

**THIRD COUNT: (IMPLIED CONTRACT AGAINST ARGO TEA)**

23. Argo Tea bottles and labels its products at two bottling plants, one in California and one in Pennsylvania, for its convenience, to reduce its shipping costs when it delivers its products to various places in the United States for sale.

24. Argo Tea utilizes the manufacturing facilities and services of Brook & Whittle to manufacture, sell and deliver packaging labels to bottling plants in California and Latrobe, Pennsylvania, under circumstances, where Argo Tea and Brook & Whittle expect and intend that Brook & Whittle will be paid its invoice price for labeling materials delivered to both bottling plants.

25.  Argo Tea has labeled its products with Brook & Whittle labels and has subsequently sold those products at a profit to Argo.

26. Argo Tea has failed and refused to pay Brook & Whittle the sum of $168,664.46 for labels it utilized in the bottling of its beverage at bottling plants in California and Pennsylvania.

3

27.  Argo Tea owes Brook & Whittle the sum of $168,664.46, which constitutes the fair, just and reasonable value of labels manufactured and delivered by Brook & Whittle.

**FOURTH COUNT:  (UNJUST ENRICHMENT AGAINST ARGO TEA)**

28. -31.  The allegations of Paragraphs 23 through 26 of the Third Count of the Complaint are incorporated herein by reference as if fully realleged.

32.  Argo Tea has received a benefit as a result of Brook & Whittle's manufacture and delivery of labels for its use, and has been unjustly enriched thereby in the amount of $168,664.46.

WHEREFORE, plaintiff demands judgment as follows:

1. Against defendant Argo Tea in the amount of $200,000, including $168,664.46 principal plus interest and costs;

2. Against defendant Castle Co-Packers, LLC in the amount of $100,000, including Seventy Seven Thousand Six Hundred Twelve Dollars and Forty Nine Centers ($77,612.49) principal  plus interest and costs.;

3.  All other legal or equitable relief as law and equity may see fit to afford.

BROOK & WHITTLE LTD.
By Its Attorney,

Jonathan Katz (ct00182)
JACOBS & DOW, LLC
350 Orange Street
New Haven, CT 06511
jkatz@jacobslaw.com
Telephone: (203)772-3100
Telefax: (203)772-1691