UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BROOK & WHITTLE LTD.,<br>    Plaintiff,<br><br>v.<br><br>ARGO TEA, INC.; and CASTLE CO-PACKERS, LLC<br>    Defendants. | CIVIL ACTION<br>No. 3:16-CV-01325 (JBA)<br><br>October 18, 2017 |

## ARGO TEA, INC.'S STATUS REPORT

Pursuant to the March 3, 2017 Scheduling Order, Defendant/Counterclaim-Plaintiff Argo Tea, Inc. ("Argo"), respectfully files its Status Report in advance of the telephonic status conference scheduled for October 25, 2017 at 4:00 p.m.

1. **Status of the Case**

    a. **Discovery Status**

In March 2017, the parties exchanged documents related to this matter. In August 2017, plaintiff/counterclaim-defendant Brook & Whittle Ltd ("B&W") served interrogatories and requests for production on Argo and Castle Co-Packers, LLC ("Castle"). Argo served its objections to plaintiff's discovery requests in September 2017. B&W has not sought to confer with Argo about its objections. Also in September 2017, Castle served interrogatories and requests for production on B&W. B&W's responses to Castle's interrogatories and requests for production are due on October 25, 2017. To date, no depositions have been taken. Argo reserves its right to take the deposition of Brook & Whittle before the discovery deadline.

{W2939336}

b. **Anticipated Motion for Summary Judgment**

On October 13, 2017, Castle filed a Motion for Pre-Filing Conference concerning its anticipated motion for summary judgment. Argo reserves the right to join in Castle's motion for summary judgment, to the extent it is also applicable to Argo. Argo does not intend to file an independent motion for summary judgment.

2. **Interest in Referral for Settlement**

Argo requests a referral to a Magistrate Judge for a settlement conference. Counsel for B&W and Argo are currently engaged in discussions regarding settlement. Argo believes that a settlement conference would be beneficial to the parties' settlement efforts.

3. **Consent to Trial Before Magistrate Judge**

Argo does not consent to trial before a Magistrate Judge at this time.

4. **Estimated Length of Trial**

Argo estimates that trial will last two to four days.

DEFENDANT ARGO TEA, INC.

/s/ Todd R. Michaelis (ct28821)
Ann H. Rubin, Esq. (ct04486)
Todd R. Michaelis, Esq. (ct28821)
Carmody Torrance Sandak & Hennessey, LLP
50 Leavenworth Street
Waterbury, CT 06721-1110
arubin@carmodylaw.com
tmichaelis@carmodylaw.com

*Counsel for Argo Tea, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2017, a copy of the foregoing Status Report was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

　　　　　　　　　　　　　　　　　　　/s/ Todd R. Michaelis
　　　　　　　　　　　　　　　　　　　Todd R. Michaelis

{W2939336}